IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| ELSI MUNOZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 6:08-CV-071-C |
| § | ECF |
| § | |
| MICHAEL J. ASTRUE, § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

### ORDER

**THIS MATTER** comes before the court on the Report and Recommendation filed February 22, 2010 (Doc. 25). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand the ALJ should further consider the opinions and weight accorded to the treating and examining physicians and psychologists regarding the limitations imposed by all of Plaintiff's impairments.

Dated March 16, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT